# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

**Roy J. Lee,**
Plaintiff
-vs-
**Joseph M. Arpaio, et al.,**
Defendants

CV-10-0965-PHX-NVW (JRI)

**ORDER**

Under consideration is Plaintiff's Motion for Order to Show Cause, filed March 2, 2011 (Doc. 54). Although briefing on the motion is not complete, the Court finds that further briefing is not necessary to a fair adjudication of the motion.

Plaintiff seeks sanctions against Defendants pursuant to Rule 11(b), Federal Rules of Civil Procedure. Rule 11(c)(2) requires that before such a motion is filed with the Court that the complaining party serve a copy of the motion on the purportedly offending party, and provide 21 days to withdraw or correct the filing. Plaintiff's motion fails to reflect such service and opportunity to cure. The motion fails to qualify for consideration under Rule 11(c)(2), and will be stricken.

Also under consideration is Plaintiff's Motion to Bring in a Defendant, filed March 2, 2011 (Doc. 55). Although briefing on the motion is not complete, the Court finds that further briefing is not necessary to a fair adjudication of the motion.

Plaintiff seeks, in essence, an amendment by interlineation to add in two new defendants. Plaintiff has not provided a proposed form of amended complaint with his motion. In the absence of a proposed amendment, the other parties and the Court cannot properly evaluate and respond to Plaintiff's proposed amendment.

Local Rule of Civil Procedure 15.1 requires that "[a] party who moves for leave to amend a pleading. . . must attach a copy of the proposed amended pleading as an exhibit to

1  the motion. . . which must indicate in what respect it differs from the pleading which it
2  amends, by bracketing or striking through the text to be deleted and underlining the text to
3  be added."  That Rule further provides that an "amended pleading is not to incorporate by
4  reference any part of the preceding pleading, including exhibits."  A proposed form of
5  amendment must be lodged for filing if the motion is granted.  Finally, Local Rules of Civil
6  Procedure 3.4 and 3.5 require that prisoners' complaints and habeas petitions be "on forms
7  approved by the Court and in accordance with the instructions provided with the forms."
8      The motion will be denied.
9      **IT IS THEREFORE ORDERED** that Plaintiff's Motion for Order to Show Cause,
10 filed March 2, 2011 (Doc. 54) is **STRICKEN**.
11     **IT IS FURTHER ORDERED** that Plaintiff's Motion to Bring in a Defendant, filed
12 March 2, 2011 (Doc. 55) is **DENIED**.

14 DATED: March 11, 2011                    _____
15                                          JAY R. IRWIN
                                            United States Magistrate Judge

S:\Drafts\OutBox\10-0965-054o Order 11 03 07 re MOSC MAmend.wpd