# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Roy J. Lee,** Plaintiff -vs- **Joseph M. Arpaio, et al.,** Defendants | CV-10-0965-PHX-NVW (JRI) **ORDER** |

Under consideration is Plaintiff's Motion to Extend, filed May 23, 2011 (Doc. 65). Plaintiff responds to the Court's Order to Show Cause (Doc. 63) concerning Plaintiff's failure to forward to Defendants his proposed modifications to the draft joint discovery plan. Plaintiff places the blame on delays in Defendants' forwarding of the draft, delays within the prison mail system, his lack of understanding of portions of the plan, and his lack of access to a law library. Plaintiff requests an addition 14 days to forward his changes. The Court finds good cause to extend the deadline for the parties to file their <u>joint</u> discovery plan as previously ordered.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Extend, filed May 23, 2011 (Doc. 65) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall have through June 6, 2011 to serve on Defendants his proposed modifications to the joint discovery plan.

**IT IS FURTHER ORDERED** that the parties shall have through June 24, 2011 to file their joint discovery plan as previously ordered.

DATED: May 26, 2011

_____
JAY R. IRWIN
United States Magistrate Judge

S:\Drafts\OutBox\10-0965-065o Order 11 05 23 re MExtend.wpd